| | |
|---|---|
| RC TRUST, a trust entity; JOSEPH FOGEL, an individual<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, a business entity; WESTERN PROGRESSIVE, LLC, a business entity; and DOES 1 through 20 INCLUSIVE,<br><br>Defendants. | Case No.: CV 18-8939-GW-JCx<br><br>Hon. Judge George H. Wu<br>Hon. Mag. Judge Jacqueline Chooljian<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed: September 19, 2018<br>Trial Date: October 8, 2019 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Pursuant to the Court's March 25, 2019 Minute Order granting *Defendant* Ocwen Loan Servicing, LLC,'s ("Defendant") *Motion to Dismiss Plaintiff's First Amended Complaint*,

**IT IS ORDERED** that this action is dismissed ***with prejudice***.

**IT IS FURTHER ORDERED** that judgment is hereby entered in favor of Defendant and against *plaintiffs* RC TRUST, and JOSEPH FOGEL, who shall take nothing by way of this action.

///

///

**[PROPOSED] JUDGMENT OF DISMISSAL**

1381375.1

**IT IS FURTHER ORDERED** that Defendant shall be entitled to recover its costs of suit.

Dated: April 5, 2019

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | |
| 2 | |
| ... | |
| 28 | |

1

**REPLY IN SUPPORT OF DEFENDANT OCWEN LOAN SERVICING, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS AND STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT**

1256300.1